```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 20096
   DAVID JEFFERY PIZZOLATO
   DENISE MARIE PIZZOLATO                      CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR
           Debtor
   SSN XXX-XX-1515    SSN XXX-XX-3922

----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/31/08 .

     2.  The case was dismissed without confirmation, 11/14/2008.

     3.  The Debtor paid a total of $   2758.14 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | 1337.07 |
| A HEALTHY SMILE | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SHEPHARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ALBERTSONS | UNSECURED | NOT FILED | .00 | .00 |
| ALLSTATE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ATLANTIC CREDIT & FINANC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED ADJUSTMENT S | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| GARY A MAGEE | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL | UNSECURED | NOT FILED | .00 | .00 |
| JULIA MELAMED | UNSECURED | NOT FILED | .00 | .00 |

```
KCA FINANCIAL SERVICES    UNSECURED      NOT FILED              .00          .00
LAKE ZURICH FIRE          UNSECURED      NOT FILED              .00          .00
LIFETOUCH NATIONAL SCHOO  UNSECURED      NOT FILED              .00          .00
NICOR GAS                 UNSECURED      NOT FILED              .00          .00
NORTHWEST COMMUNITY HOSP  UNSECURED      NOT FILED              .00          .00
RECEIVABLES MANAGEMENT I  UNSECURED      NOT FILED              .00          .00
SHORT TERM LOAN           UNSECURED      NOT FILED              .00          .00
TCF NATIONAL BANK         UNSECURED      NOT FILED              .00          .00
TRI COUNTY EMERGENCY PHY  UNSECURED      NOT FILED              .00          .00
WASHU PARTNERS NORTH CHI  UNSECURED      NOT FILED              .00          .00
WASHU PARTNERS NORTH CHI  UNSECURED      NOT FILED              .00          .00
      Summary of disbursements:
------------------------------------------------------------------------------
                       SECURED     PRIORITY    UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00          .00          .00          .00          .00
PRINCIPAL PAID         1337.07          .00          .00          .00      1337.07
INTEREST PAID              .00          .00          .00          .00          .00
TOTAL PAID             1337.07          .00          .00          .00      1337.07
```

The Debtor's attorney, ERICK BOHLMAN ESQ          , was allowed $       .00
and was paid $       .00 .

The Trustee received $       74.83 .

Refunds to the Debtor totaled $   1346.24 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/11/09                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE



                              PAGE   2
     CASE NO. 08 B 20096 DAVID JEFFERY PIZZOLATO & DENISE MARIE PIZZOLATO